Lawrence E. **GRIFFIN,**
Movant–Appellant,

v.

Michelle **ELZIE,** Warden,
Respondent–Appellee.

No. 01–6598.

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Lawrence E. Griffin, pro se.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Lawrence E. Griffin appeals the district court's order denying his petition for mandamus relief. We have reviewed the record and the district court's opinion accepting the report and recommendation of the magistrate judge and find no reversible error. Accordingly, we grant Griffin's motion to amend his pleading and affirm on the reasoning of the district court. *See Griffin v. Elzie,* No. CA–01–3–3 (E.D.Va. Mar. 29, 2001). We deny Griffin's motion for appointment of counsel and his motion captioned "Appellate Revised Petition Remanding Motion to Dismiss." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*